**Order entered April 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01539-CR

**DEVANTE JEROME FOSTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1431115-R**

## ORDER

The Court **GRANTS** court reporter Sharina A. Fowler's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Fowler to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/     ADA BROWN
         JUSTICE